

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2016

No. 04-16-00318-CV

**IN THE INTEREST OF F.M.A.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2015PA01381
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

We grant David R. Zarate's request for an extension of time to file the reporter's record. We order Zarate to file the record by June 20, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court